**Police Officers Dan DELL and Kevin Klassen, Respondents,**

v.

**Lt. Colonel Stephen POLLIHAN and Captain Reggie Harris, Appellants.**

**No. ED 83653.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 27, 2004.

Ronald A. Norwood, Jeremy P. Brummond (co-counsel), St. Louis, MO, for appellants.

C. John Pleban, St. Louis, MO, for respondent Dell.

Nels C. Moss, Jr., St. Louis, MO, for respondent Klassen.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Lt. Colonel Stephen Pollihan and Captain Reggie Harris appeal the circuit court's judgment ordering them to produce internal affairs investigative file documents.

We have reviewed the parties' briefs and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).